**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Trini MCDANIEL, a/k/a Bro–Law, a/k/a Brother–in–Law, a/k/a John Paul Morris, Defendant–Appellant.**

No. 01–7192.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Trini McDaniel, pro se. Mary Hannah Lauck, Office of the United States Attorney, Richmond, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Trini McDaniel appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. McDaniel,* Nos. CR–96–41, CA–00–818–3 (E.D.Va. June 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*